

**ORDERED in the Southern District of Florida on December 27, 2021.**

_____

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:                                                                 Case No: 21-10643-MAM
                                                                              Chapter 13

LOCKHART, CHARLOTTE
SSN: XXX-XX-8799

_____ Debtor    /

### ORDER GRANTING MOTION TO WITHDRAW
### AS COUNSEL OF RECORD

THIS CAUSE, having come before the Court on December 21, 2021 at 11:00am on the undersigned counsel's Motion to Withdraw as Counsel of Record (ECF No. 38), and after this court reviewed the file, and otherwise being advised in the premises,

It is hereby ORDERED and ADJUDGED that,

1.      The Motion is **GRANTED**;

2.      Brian J. Cohen of the Cohen Law Firm, P.A. is relieved of any and all further responsibility and will take no further action on behalf of the Debtor, CHARLOTTE LOCKHART;

3.      Debtor shall hereby proceed "pro se" in the instant case until such time as she obtains new counsel;

4.      All future pleadings and/or correspondence shall be sent directly to the Debtor at 6591 Cobia Circle, Boynton Beach, FL 33437.

###

Submitted By:

BRIAN J. COHEN, Esq.,
The Cohen Law Firm, P.A.
1700 University Drive, Suite 210
Coral Springs, FL 33071,
Tel: 954-346-1400
Fax: 954-346-0400

*\* Brian J. Cohen is directed to serve copies of this Order on the parties listed and file a
Certificate of Service with the Clerk of the Court.*