# Charlotte Lockhart

6591 Cobia Circle
Boynton Beach, FL 33437
561.767.2257
clockhart2004@yahoo.com



January 3, 2022

Dear Mr. Cohen,

Per the Zoom meeting that took place on December 21, 2021, you and I were instructed by Judge Mindy Mora to discuss an amicable refund on the attorney fees I paid your law practice to represent me in my Chapter 13 bankruptcy.

At the time of this letter, I have not heard from your office. Perhaps it was not clear who was to make the initial contact, so I have decided to contact you. I am requesting a refund of $3200. I must resolve this quickly in order to move on and I thank you in advance for your prompt attention to this matter.

Sincerely,

*Charlotte Lockhart*

Charlotte Lockhart


CC: Judge Mindy Mora
    Robin Weiner

Charlotte Lockhart
6591 Colota Circle
Boynton Beach, FL 33437

U.S. POSTAGE PAID
FCM LETTER
BOYNTON BEACH, FL
33437
JAN 03, 22
AMOUNT
$4.33
R2305K132822-02

Judge Mindy Mora
United States Bankruptcy Court
Flagler Waterview Building
1515 North Flagler Drive, 8th Floor
Courtroom A
West Palm Beach, FL 33401

CERTIFIED MAIL

7021 1970 0000 6791 5735